UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. CRUMMER, | No. 2:17-cv-1559-EFB P |
| Plaintiff, | |
| v. | ORDER |
| J. LEWIS, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an application for leave to proceed in forma pauperis, but it is not dated, and is accompanied by an uncertified trust account statement from 2010. The application fails to demonstrate plaintiff's current inability to prepay the filing fee for this action. *See* 28 U.S.C. § 1915(a)(1)-(2).

Accordingly, plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis. Within 30 days from the date of this order, plaintiff shall submit a fully completed application to proceed in forma pauperis and the required certified trust account statement. Failure to comply with this order may result in dismissal of this action.

DATED: August 2, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE